UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 25-02840 |
|---|---|---|
| Jarvis J Haymer | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING THE AUTOMATIC STAY

This matter coming to be heard on the Motion of Capital One Auto Finance, a division of Capital One, N.A., to modify the automatic stay as to Debtor, IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362 is modified so as to not restrain Capital One Auto Finance, a division of Capital One, N.A., from pursuing in rem non bankruptcy remedies with respect to one 2012 BMW X5 Utility 4D M AWD 4.4L V8 Turbo, VIN 5YMGY0C55CLK27869.

2. Notwithstanding anything to the contrary in Fed. R. Bankr. P. 4001(a), this Order will be effective immediately.

Enter:   *[signature: Deborah L. Thorne]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  May 14, 2025

**Prepared by:**

James M. Philbrick

Law Offices of James M. Philbrick, P.C.

P.O. Box 351

Mundelein, IL 60060

Phone: (847) 949-5290

jamesphilbrick@comcast.net